IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WEB 2.0 TECHNOLOGIES, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 1:23-CV-00002-MN |
| v. | : | |
| | : | |
| HIVE TECHNOLOGY, INC., | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

This __ day of _____, 2023, the Court, having considered Defendant Hive Technology, Inc's ("Hive") Motion to Dismiss and Joinder in Motions to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff Web 2.0 Technologies, LLC's Complaint is dismissed with prejudice in its entirety as to Defendant Hive.

_____
United States District Court Judge